John C. Petrella, Esq. (Bar ID #003961989)
Jeremy M. Brooks, Esq. (Bar ID #245932018)
JACKSON LEWIS P.C.
200 Connell Drive, Suite 2000
Berkeley Heights, New Jersey 07922
(908) 795-5200
ATTORNEYS FOR DEFENDANTS
Shimmick Construction Co., Inc.; Habeeb Rahim, and Carrie Masiello

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | | |
|---|---|---|
| STEVEN MITCHELL, | : | Civil Action No. |
| | : | |
| Plaintiff, | : | |
| | : | **NOTICE OF COMPLIANCE WITH** |
| v. | : | **28 U.S.C. § 1446(d)** |
| | : | |
| SHIMMICK CORPORATION; HUDSON BERGEN LIGHT RAIL; NEW JERSEY TRANSIT; HABEEB RAHIM; CARRIE MASIELLO and DOES 1-10, | : | |
| Defendants. | | |

| | | |
|---|---|---|
| To: | Melissa E. Rhoads, Esq., Clerk of Court<br>U.S. District Court for the District of New Jersey<br>Martin Luther King Building & U.S. Courthouse<br>50 Walnut Street<br>Newark, NJ 07102 | Mark T. Sadaka<br>Sadaka Law, LLC<br>155 North Dean Street, 4th Floor<br>Englewood, New Jersey 07631<br>Attorneys for Plaintiff |

Pursuant to the requirements of 28 U.S.C. § 1446(d), on June 4, 2024, a notice of filing of petition for removal, a true copy of which is attached hereto as Exhibit A, will be filed with the Clerk of the Superior Court of the State of New Jersey for the County of Middlesex.

Respectfully submitted,

JACKSON LEWIS P.C.

By: *s/ John C. Petrella*
John C. Petrella
Jeremy M. Brooks

Dated: June 5, 2024
4895-1497-7474, v. 1

1

# EXHIBIT A

John C. Petrella, Esq. (Bar ID #003961989)
Jeremy M. Brooks, Esq. (Bar ID #245932018)
JACKSON LEWIS P.C.
200 Connell Drive, Suite 2000
Berkeley Heights, New Jersey 07922
(908) 795-5200
ATTORNEYS FOR DEFENDANTS
Shimmick Construction Co., Inc.; Habeeb Rahim, and
Carrie Masiello

| | | |
|---|---|---|
| STEVEN MITCHELL, | : | SUPERIOR COURT OF NEW JERSEY |
| | : | MIDDLESEX COUNTY: LAW DIVISION |
| Plaintiff, | : | DOCKET NO.:  HUD-L-001722-24 |
| | : | |
| v. | : | Civil Action |
| | : | |
| SHIMMICK CORPORATION; HUDSON | : | **NOTICE OF FILING AND PETITION** |
| BERGEN LIGHT RAIL; NEW JERSEY | : | **FOR REMOVAL** |
| TRANSIT; HABEEB RAHIM; CARRIE | : | |
| MASIELLO and DOES 1-10, | : | |
| Defendants. | | |

To:   Clerk, Superior Court of New Jersey
      Middlesex County Courthouse
      56 Paterson Street
      New Brunswick, NJ 08903

      Mark T. Sadaka
      Sadaka Law, LLC
      155 North Dean Street, 4th Floor
      Englewood, New Jersey 07631
      Attorneys for Plaintiff

**PLEASE TAKE NOTICE** that Defendants[1], Shimmick Construction Company, Inc. (improperly pled as "Shimmick Corporation"); Habeeb Rahim; and Carrie Masiello (collectively, the "Shimmick Defendants"), have forwarded for filing a notice and petition for removal of this action to the United States District Court for the District of New Jersey on June 5, 2024.  A copy of the notice and petition filed with the United States District Court is submitted

---

[1] Hudson Bergen Light Rail is not a legal entity, rather it is a light rail transit system.  Therefore, it is not a proper party to this matter and the Complaint should be amended to reflect as much.

1

herewith as Exhibit 1.

**PLEASE TAKE FURTHER NOTICE**, that the Shimmick Defendants hereby file a copy of its notice and petition with the Superior Court of New Jersey, Law Division, Hudson County in accordance with 28 U.S.C. § 1446(c).

        Respectfully submitted,

        JACKSON LEWIS P.C.

     By: *s/ John C. Petrella*
        John C. Petrella
        Jeremy M. Brooks
        ATTORNEYS FOR DEFENDANTS

Dated:   June 5, 2024

4887-0973-6642, v. 1